# United States Bankruptcy Court
# Eastern District of Louisiana

In Re:                                              Case Number: 18-12617
Tanisha I. Smith

Debtor(s)                                         Chapter 7
                                                             Section B

### Order Approving Debtor's Application
### For Waiver of the Chapter 7 Filing Fee
### And All Future Fees in this Case

Upon consideration of the debtor's Application for Waiver of the Chapter 7 Filing Fee;

**IT IS ORDERED** that the debtor's Application is **GRANTED.**

**IT IS FURTHER ORDERED** that this order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

New Orleans, Louisiana, October 3, 2018.

_____
Hon. Jerry A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Tanisha L. Smith  
     Debtor

Case No. 18-12617-JAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 053L-2     User: sm     Page 1 of 1     Date Rcvd: Oct 03, 2018  
                 Form ID: pdf979     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db           +Tanisha L. Smith,    8 Ramon Via,    Harvey, LA 70058-3051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:  
         Andrea M. Jeanmarie    on behalf of Debtor Tanisha L. Smith ajeanmarie@slls.org  
         Office of the U.S. Trustee     USTPRegion05.NR.ECF@usdoj.gov  
         Ronald J. Hof     la44@ecfcbis.com  
                                                                                                                TOTAL: 3